UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBIN MORRIS,<br><br>       Plaintiff,<br><br>v.<br><br>B&F MACHINE, CO., INC.,<br><br>       Defendants. | Civil Action No. 3:21-cv-00333 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereby stipulate and agree that this action and all claims asserted in this action shall be dismissed with prejudice, with all rights of appeal to be waived.  Each party will bear its own attorney's fees and costs.  Respectfully submitted,

| *Attorneys for Plaintiff,* | *Attorneys for Defendants,* |
|---|---|
| Robin Morris | B&F Machine, Co., Inc. |
| /s/ Katherine Gabriel | /s/ Beverly W. Garofalo<br>/s/ Russell N. Jarem |
| Katherine Gabriel (CT Bar #441352)<br>The Law Offices of Wyatt & Associates, PLLC<br>17 Elm Street, Suite C211<br>Keene, NH  03431<br>(603) 357-1111<br>katherine@Wyattlegalservices.com | Beverly W. Garofalo (CT Bar #28327)<br>Russell N. Jarem (CT Bar #27848)<br>Jackson Lewis PC<br>90 State House Square, 8th Floor<br>Hartford, CT 06103<br>(860)-522-0404<br>beverly.garofalo@jacksonlewis.com<br>Russell.Jarem@jacksonlewis.com |
| Dated:  September 8, 2021 | |